# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1816
_____

AMBER JOSEPH,

Appellant,

v.

JAX ANESTHESIA PROVIDERS,
LLC., a Florida Profit
Corporation, JOHN THOMPSON,

Appellees.

_____

On appeal from the Circuit Court for Duval County.
Eric C. Roberson, Judge.

September 11, 2019

PER CURIAM.

AFFIRMED.

LEWIS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andrew Michael Bonderud of The Bonderud Law Firm, P.A., Jacksonville; Kristopher M. Nowicki of the Law Office of Nooney & Roberts, Jacksonville, for Appellant.

Dinah S. Stein, Aneta A. Kozub, and Mark Hicks of Hicks, Porter, Ebenfeld & Stein, P.A., Miami; Tyler E. Batteese and Brendan W. Rowe of Josepher & Batteese, P.A., Tampa, for Appellees.